

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00759-CR

Taforrest Donta **CHANDLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR7712B
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed.

SIGNED December 17, 2025.

_H. Todd McCray_
H. Todd McCray, Justice